# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL CULLINANE and JACQUELINE NUNEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | Civil No. _____ |

## Notice of Removal

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, defendant Uber Technologies, Inc. files this Notice of Removal from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts, and in support thereof states as follows:

### Procedural History and Notice Timing

1. On November 7, 2014, plaintiffs Rachel Cullinane and Jacqueline Nunez filed this proposed class action in the Superior Court of the Commonwealth of Massachusetts, Suffolk County. *See* Ex. A (Complaint). Plaintiffs claim breach of contract, breach of express warranty, use of prohibited warranty disclaimer, unreasonable negation of warranties, and unjust enrichment in connection with their payment of a surcharge for transportation to and from Logan Airport.

2. This removal is timely because it is being filed within thirty (30) days of service on December 1, 2014, and in any event prior to or within the time period provided by 28 U.S.C. §1446(b)(1) & (3). *See* Ex. B. (Docket indicating service in hand on December 1, 2014).

3.  The United States District Court for the District of Massachusetts is the judicial district embracing Suffolk County, where the action is currently pending.

4.  No previous notice of removal has been filed in this case.

Jurisdiction

5.  This Court has jurisdiction over this putative class action under the Class Action Fairness Act, 28 U.S.C. §1332(d), because: (1) the citizenship of at least one proposed class member is different than that of Uber; (2) the matter in controversy, aggregated for all class members, exceeds $5 million, exclusive of interests and costs; and (3) the proposed class consists of at least 100 members.

6.  Sufficient diversity of citizenship is present.  The complaint alleges that plaintiffs Nunez and Cullinane are both citizens of Massachusetts. Cmplt. ¶¶ 6 & 7.  Defendant Uber is a corporation organized under the laws of Delaware with its principal place of business in San Francisco, California.  *See id.* ¶ 8.

7.  The putative class is sufficiently numerous because the complaint alleges that the proposed class "numbers in the tens of thousands."  Cmplt.  ¶ 46.

8.  The aggregated recovery claimed by plaintiffs exceeds $5 million.  The plaintiffs allege that passengers who used Uber's service to arrange for transportation to and from Logan Airport were improperly charged a $8.75 "Logan Massport Surcharge and Toll" fee, and seek a refund of such fees charged after October 18, 2011.  *Id.* ¶¶ 2, 45.  Based upon the number of trips to which the surcharge applied during the relevant time period, such a refund would exceed $5 million dollars.  In addition, counsel for the plaintiffs has sent Uber a demand letter pursuant to Mass. Gen. Laws c. 93A.  The letter states that the plaintiffs seek minimum statutory damages of $25 as well as multiple damages and attorney's fees.  Uber has not acceded to this demand, and

counsel for the plaintiffs has informed Uber in writing that he will amend the complaint to add a claim under c. 93A. If this matter is litigated through trial, the plaintiffs' counsel will likely seek fees in excess of $1 million.

## Notice and Service

9.      A notice of this removal, together with a copy of this Notice, shall be filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, and shall be served on opposing counsel.

Dated: December 30, 2014

Respectfully submitted,

/s/    *John A. Shope*
John A. Shope, BBO #562056
Daniel L. McFadden, BBO #676612
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
jshope@foleyhoag.com
dmcfadden@foleyhoag.com

## Certificate of Service

   I hereby certify that on December 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on counsel for plaintiffs, by first-class mail, postage pre-paid, at the addresses listed below:

        John Roddy, Esquire
        Elizabeth Ryan, Esquire
        Bailey & Glasser LLP
        125 Summer St., Suite 1030
        Boston, MA 02110

        Pedro Jaile, Esquire
        Jaile & Trifilo LLC
        188 Summer Street
        East Boston, MA 02128

          /s/  *John A. Shope*

B4342554.2