**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RACHEL CULLINANE and JACQUELINE NUNEZ, ) individually and on behalf of all others similarly situated, )<br><br>                Plaintiffs, )<br>  v. )<br><br>UBER TECHNOLOGIES, INC., )<br><br>                Defendant. ) | C.A. No. 14-14750-MPK |

CERTIFIED DOCKET AND RECORD

Pursuant to L.R. 81.1, attached is a certified copy of the docket sheet and record received

from Suffolk Superior Court in *Cullinane et al. v. Uber Technologies, Inc.*, No. SUCV2014-

03505-BLS1.


Dated: January 8, 2015

Respectfully submitted,

/s/      *Daniel L. McFadden*
John A. Shope, BBO #562056
Daniel L. McFadden, BBO #676612
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
jshope@foleyhoag.com
dmcfadden@foleyhoag.com

## Certificate of Service

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on counsel for plaintiffs, by first-class mail, postage pre-paid, at the addresses listed below:

John Roddy, Esquire
Elizabeth Ryan, Esquire
Bailey & Glasser LLP
125 Summer St., Suite 1030
Boston, MA 02110

Pedro Jaile, Esquire
Jaile & Trifilo LLC
188 Summer Street
East Boston, MA 02128


/s/      *Daniel L. McFadden*

B4345177.1