# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL CULLINANE and JACQUELINE NUNEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 14-14750-DPW |

## AFFIDAVIT OF JOHN A. SHOPE, ESQ.

I, John A. Shope, depose and say as follows:

1. I am counsel for defendant Uber Technologies, Inc. in the matter captioned above.

2. Exhibit A to this affidavit is a true and correct copy of a letter from John Roddy, Esq., to Uber dated November 6, 2014.

3. Exhibit B to this affidavit is a true and correct copy of an email chain between John Roddy, Esq., and myself dated December 18, 2014.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 13, 2015         /s/ John A. Shope
                                 John A. Shope

B4355909.1