# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RACHEL CULLINANE, JACQUELINE NUNEZ, ELIZABETH SCHAUL, and ROSS McDONAGH individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No. 14-14750-DPW |

### DEFENDANT UBER TECHNOLOGIES, INC.'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Rules 6 and 12 of the Federal Rules of Civil Procedure, defendant Uber Technologies, Inc. ("Uber") hereby moves for an Order extending the time to answer, move, or otherwise respond to Plaintiffs Rachel Cullinane, Jacqueline Nunez, Elizabeth Schaul, and Ross McDonagh's (collectively, "Plaintiffs") Second Amended Complaint.

In support of its Motion, Uber states as follows:

1. On May 4, 2015, Uber filed a Motion to Compel Arbitration and Stay, or in the alternative, Dismiss Proceedings. (Dkt. No. 31).

2. On May 29, 2015, Plaintiffs filed a Motion for Leave to file a Second Amended Complaint. (Dkt. No. 36).

3. On June 22, 205, the Court held a status conference, heard oral argument on Uber's Motion to Compel Arbitration, and granted Plaintiffs leave to file the Second Amended Complaint. (Dkt. No. 50). The Court noted that "nothing" would happen in the case until after it rules on Uber's Motion to Compel Arbitration. The Court took Uber's Motion to Compel Arbitration under advisement. (Dkt. No. 50).

4. On August 4, 2015, Plaintiffs filed their Second Amended Complaint. (Dkt. No. 54).

5. Uber's response to Plaintiffs' Second Amended Complaint is currently due August 25, 2015. Uber requests that its time to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint be extended such that Uber only needs to respond to Plaintiffs' Second Amended Complaint if the Court denies Uber's Motion to Compel, and in the event of such Order denying Uber's Motion to Compel Arbitration, Uber's response will be due 21-days after such Order.

6. Plaintiffs have assented to the relief requested herein.

WHEREFORE, Uber respectfully requests that the Court grant its motion.

Dated: August 10, 2015          Respectfully submitted,

**UBER TECHNOLOGIES, INC.**,

By Its Attorneys,

/s/ Lawrence T. Stanley, Jr.
S. Elaine McChesney (BBO # 329090)
elaine.mcchesney@morganlewis.com
Lawrence T. Stanley, Jr. (BBO # 657381)
lawrence.stanley@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110
(617) 951-8000

## **RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Uber conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion.  Plaintiffs assent to the relief requested herein.

/s/ Lawrence T. Stanley, Jr. _____
Lawrence T. Stanley, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2015.

/s/ Lawrence T. Stanley, Jr. _____
Lawrence T. Stanley, Jr.