**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **RACHEL CULLINANE, JACQUELINE NUNEZ, ELIZABETH SCHAUL**, and **ROSS McDONAGH**, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**,<br><br>    Defendant | Case No. 1:14-cv-14750-DPW |

**SUPPLEMENTAL AFFIDAVIT OF ELIZABETH RYAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF NOTICE OF CLASS ACTION SETTLEMENT**

I, Elizabeth Ryan, affirm as follows by way of supplement to my affidavit dated April 26, 2019, ECF # 100-2:

1. I submit this affidavit in support of Plaintiffs' Unopposed Supplemental Motion for Approval of Notice of Class Action Settlement.

2. The facts contained in this Affidavit are within my personal knowledge, and I could testify to those facts if called to do so under oath.

3. If the Court grants the requested attorneys' fees, litigation expenses, and service awards, Plaintiffs estimate that on average each Settlement Class Member will receive between $18 and $19.

Signed under the penalties of perjury this 9th day of July 2019.

*/s/ Elizabeth Ryan*
Elizabeth Ryan

2

**Certificate Of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on July 9, 2019.

*/s/ Elizabeth Ryan*
Elizabeth Ryan