IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL CULLINANE, JACQUELINE NUNEZ, ELIZABETH SCHAUL, and ROSS McDONAGH, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  1:14-cv-14750-dpw<br><br> CLASS ACTION<br><br>**SETTLEMENT ADMINISTRATOR'S FINAL REPORT ON DISTRIBUTION** |

I, KAREN ROGAN, declare and state as follows:

1. I am a senior project manager with KCC Class Action Services ("KCC"), located at San Rafael, California. Pursuant to the Order Approving Class Notice of Settlement (the "Preliminary Approval Order") dated September 20, 2019, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. This report on the *cy pres* payment supplements my previous declarations for the purpose of updating the parties and the Court with distribution activity.

3. A total amount of $46,283.87 remained in the Settlement Funds as unclaimed funds after the final Class Member distribution.

4. Per the Supplemental Order Regarding Cy Pres Distribution, Dkt. 174, issued by the Court on October 27, 2023, KCC wired unclaimed funds in the amount of $46,283.87 to the U.S. District Court District of Massachusetts on October 27, 2023.

5. The Financial Manager for the Court subsequently wired the funds to the U.S. Department of Treasury on November 1, 2023, in order to comply with the Memorandum and Order Regarding Cy Pres Distribution, Dkt. 173, dated September 19, 2023.

6. A receipt reflecting the payment made to the U.S. Department of Treasury for this transaction was provided to KCC on November 6, 2023. A true and correct copy of the receipt is attached hereto as Exhibit A.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Class Action Settlement Agreement, dated April 26, 2019 (the "Settlement Agreement") and the Supplemental Settlement Agreement filed July 8, 2019, and/or the Order Approving Class Notice of Settlement.

1
2  I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.
4
5       Executed on November 17, 2023, at Edenton, North Carolina.
6
7                                    _____
8                                              KAREN ROGAN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

SENSITIVE BUT UNCLASSIFIED

# Collections Information Repository (CIR)
## Voucher Detail Report

Generated: Nov 6, 2023 11:58:39 AM

## Deposit Information

| | | | |
|---|---|---|---|
| Voucher Number: | 510008 | Voucher Date: | 11/01/2023 |
| Deposit Date: | 11/01/2023 | Voucher Amount: | $46,283.87 |
| Credit Ind: | Y | Business Date: | 11/01/2023 |
| Voucher ALC: | 00004638 | Voucher Type: | 215 |
| Financial Transaction Count: | 1 | Reporting Program/Subprogram: | Credit Gateway:Fedwire |
| Corrective Type: | Original | Partner Name: | Fedwire CG |

## Agency Information

| | | | |
|---|---|---|---|
| Agency Account Identifier: | 800004638000 | Office Location Code | |
| Cash Flow ID: | Unknown | Initial Location: | |
| Cash Flow Name: | Unknown | | |

## Agency Comments

## Bank Information

| | | | |
|---|---|---|---|
| Commercial Indicator: | N | ABA: | 021030004 |
| Financial Institution Name: | TREAS NYC/FUNDS TRANSFER DIVISION | CAN: | 001080 |
| Federal Account Key Code: | | FRB District Code: | |
| FRB Office Code: | | Cash Concentration Trace #: | |
| Non Treasury Collection Code: | | Financial Agent Identifier: | |

## Voucher Comments

## STP Information

| Reporter Identifier | Entry User Name | Entry User Date/Time |
|---|---|---|
| | | 11/01/2023 07:20 |

## Reported Classification(s)

| | | | | | TAS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ckey Name | Ckey Value | Tax Class Code | SP | ATA | Agency ID | BPOA | EPOA | Avail Type | Main | Sub | BETC | Crd Ind | Classification Total Amt |
| CG FEDWIRE | 800004638000 | | | | | | | | | | | Y | $46,283.87 |